STATE of Missouri, Respondent,

v.

David BLOUNT, Appellant.

No. WD 60569.

Missouri Court of Appeals,
Western District.

Aug. 20, 2002.

John Carl Lutman, Office of State Public Defender, Buffalo, for Appellant.

William E. Simmons, Assistant Prosecuting Attorney, Clinton, for Respondent.

Before PATRICIA A. BRECKENRIDGE, Presiding Judge, VICTOR C. HOWARD, Judge, and RONALD R. HOLLIGER, Judge.

### ORDER

David Blount appeals his conviction of two counts of sexual misconduct in the first degree, § 566.090, RSMo 2000. We have reviewed the briefs of the parties and the record on appeal and find no error of law. A written opinion reciting the detailed facts and restating the applicable principles of law would have no precedential or jurisprudential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).